### 16691.   CAMP *v.* THE STATE.

BLOODWORTH, J.   The accusation sufficiently charges a violation of section 612 of the Penal Code of 1910, and is not subject·to any ground of the demurrer lodged against it.   See *Bolton* v. *State,* 12 *Ga. App.* 358 (77 S. E. 208).

*Judgment affirmed.   Broyles, C. J.,· and Luke, J., concur.*

DECIDED NOVEMBER 10, 1925.

Accusation of unlawful fishing; from city court of Floyd county —Judge Bale.   June 30, 1925.

The accusation charged George Camp "with the offense of a misdemeanor, for that the said George Camp, on the 12th day of May, 1925, in the county aforesaid, with force and arms did fish with nets in the Coosa river, about four hundred yards up the river above Veal's ferry in said State and county, it being a closed season at the time said George Camp was so fishing, and the said George Camp did take fish from said nets, contrary to the laws of said State," etc.

The demurrer was on the following grounds:   (1) No crime under the laws of the State is set out in the accusation.   (2) It fails to describe the character of the nets with sufficient definiteness to put the defendant on notice of the charge against him. (3) It fails to describe with sufficient certainty the manner of taking fish from the river.   (4) It fails to describe definitely the character of water from which the defendant fished.   (5) It fails to describe what regulation of the Georgia State Board of Game and Fish, prescribed under authority of section 26 of the act approved August 8, 1924 (Ga. L. 1924, p. 112), the defendant is charged with having violated; and therefore the defendant is not properly on notice of the character of charge against him.

The court overruled the demurrer; and the case came to the Court of Appeals on exceptions to that judgment.

*John Camp Davis,* for plaintiff in error.

*Alec Harris, solicitor,* contra.